Certificate Number: 05781-PAM-DE-028759588

Bankruptcy Case Number: 17-00202


05781-PAM-DE-028759588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2017, at 7:57 o'clock PM PST, Serena Shivers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 13, 2017      By: /s/Allison M Geving

Name: Allison M Geving

Title: President