```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 17-00202-JJT
Serena L Shivers                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: CBoyle      Page 1 of 1      Date Rcvd: Feb 27, 2017
                      Form ID: ntgen    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db        +Serena L Shivers,   405 Melody Ct,   East Stroudsburg, PA 18301-8075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James   Warmbrodt   on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
           ASSOCIATION S/B/M NATIONAL CITY MORTGAGE COMPANY bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4

ntgen(02/17)

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Serena L Shivers<br>**Debtor(s)** | Chapter: 13<br><br>Case number: 5:17−bk−00202−JJT<br><br>Document Number: 20<br><br>Matter: Order Reassigning Case to Judge John J. Thomas |

### Notice

NOTICE is hereby given that:

An Order was entered on February 25, 2017 reassigning the pending case to Judge John J Thomas in light of the retirement of Judge Mary D. France.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CBoyle |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 27, 2017 |