```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00202-JJT
Serena L Shivers                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: Feb 27, 2017
                     Form ID: ordsmiss     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db          +Serena L Shivers,    405 Melody Ct,    East Stroudsburg, PA 18301-8075
4875345     +KML Law Group, P.C.,    701 Market Street , Suite 5000,    Philadelphia , PA 19106-1541
4875344     +PNC Bank National Association,    222 Delaware Avenue,    Wilmington , DE 19801-1637
4886055     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4875343*    +Serena L. Shivers,    405 Melody Ct,    East Stroudsburg, PA 18301-8075
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION S/B/M NATIONAL CITY MORTGAGE COMPANY bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Serena L Shivers<br>**Debtor(s)** | Chapter 13<br>Case No. 5:17−bk−00202−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: February 27, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk